UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal Action No. 23-36 (RBW) |
| ) | |
| WILLIAM DUNFEE,   ) | |
| ) | |
| Defendant.   ) | |

ORDER

On September 5, 2024, the government filed the United States' Motion for an Accounting of Funds Raised by the Defendant, representing that "the [government] is aware that the [d]efendant has been fundraising through his church, through internet websites, and likely at in-person events[]" in connection with this case. United States' Motion for an Accounting of Funds Raised by the Defendant at 1, ECF No. 79. The government requested that the Court "order an accounting of [the defendant's] fundraising to determine the appropriate fine to impose at sentencing, as judges in this district have done in other January 6 cases." Id. Therefore, the Court ordered the defendant to file his opposition, if any, to the motion. See Order at 1 (Sept. 6, 2024), ECF No. 81.

On September 10, 2024, the defendant responded to the government's motion, representing that he sought "through his best efforts and recollection, to account for funds raised from outside sources," Memorandum in Response to Motion for an Accounting (Doc. No. 79) at 2, ECF No. 82, and representing that "throughout the course of this case, [the defendant] was able to raise a total of approximately $25,250 towards his legal defense and legal expenses[,]" id. These included "four separate fundraising events on behalf of [the defendant,]" id. at 1, ministry fundraising efforts, id. at 1–2, and a "trickle of occasional donations" received "through no

specific fundraiser or targeted effort[,]" id. at 2.  In light of the defendant's accounting of his fundraising efforts, it is hereby

**ORDERED** that the United States' Motion for an Accounting of Funds Raised by the Defendant, ECF No. 79, is **DENIED WITHOUT PREJUDICE AS MOOT**.[1]

**SO ORDERED** this 11th day of September, 2024.

REGGIE B. WALTON
United States District Judge

---

[1] The Court will consider any additional information on this issue from either party, if such information exists, at the defendant's sentencing hearing scheduled for September 19, 2024.